UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATTO BROS., INC., <br><br> Plaintiff, <br><br> v. <br><br> NAM D LAM, <br><br> Defendant. | Case No. 20-cv-04178-PJH <br><br> **JUDGMENT** |

The issues having been duly heard and the court having granted plaintiff's motion for default judgment,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of plaintiff and against defendant. The court ORDERS judgment for plaintiff in the following amounts from defendant:

    principal in the amount of $7879.00;

    pre-judgment finance charges on the principal balance only to plaintiff through and including March 1, 2021, in the amount of $1,005.23;

    attorney's fees to plaintiff in the amount of $2697.50;

    costs to plaintiff in the amount of $503.45; and

    post-judgment finance charges on the principal balance only at the rate of 12% per annum to plaintiff, an average of $9.45 per day, from March 1, 2021 until fully paid.

    **IT IS SO ORDERED.**

Dated: December 8, 2021

    */s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge